# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:24-cr-00073-AN |
| v. | INFORMATION |
| JACOB B. BORK, | 18 U.S.C. § 1853 |
| Defendant. | |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**(Trees Cut or Injured)**
**(18 U.S.C. § 1853)**

On or about July 3, 2023, in the District of Oregon, defendant **JACOB B. BORK**, knowingly and unlawfully cut down six green trees, at least one of which was of the species *Pinus albicaulis* ("Whitebark Pine"), designated a threatened species under the Endangered Species Act of 1973, as said trees stood in the Wallowa-Whitman National Forest, which is land reserved by the United States for public use.

In violation of Title 18, United States Code, Section 1853.

Dated: February 26, 2024

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Ryan W. Bounds*
RYAN W. BOUNDS, OSB #000129
Assistant United States Attorney